PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender: Jalen Deshon Dalton a/k/a "J" a/k/a "NBA J"     Case Number: 5:20CR16-10

Name of Sentencing Judicial Officer: Honorable John Preston Bailey, United States District Judge

Date of Original Sentence: March 17, 2021

Original Offense: Distribution of Cocaine Base Within 1,000 Feet of a Protected Location, Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 860, a Class B Felony

Original Sentence: 33 months custody followed by 6 years supervised release; $100 SAF

Type of Supervision: Supervised Release     Date Supervision Commenced: December 8, 2022

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1. | **Violation of Mandatory Condition 1.:** You must not commit another federal, state or local crime. |
| 2. | **Violation of Mandatory Condition 2.:** You must not unlawfully possess a controlled substance. |
| 3. | **Violation of Mandatory Condition No. 3:** You must refrain from any unlawful use of a controlled substance.<br><br>On December 21, 2022, the defendant produced a presumptive positive urinalysis for THC. The defendant admitted to illegal use of a prohibited controlled substance. |
| 4. | **Violation of Mandatory Condition 1.:** You must not commit another federal, state or local crime. |
| 5. | **Violation of Mandatory Condition 2.:** You must not unlawfully possess a controlled substance. |
| 6. | **Violation of Mandatory Condition No. 3:** You must refrain from any unlawful use of a controlled substance.<br><br>On February 7, 2023, the defendant produced a presumptive positive urinalysis for THC. The defendant admitted to illegal use of a prohibited controlled substance. |

<u>U. S. Probation Officer Action/Recommendation</u>: The Probation Officer recommends no action at this time. The Probation Officer will continue to monitor his compliance through random drug testing and continued substance abuse services. The Probation Officer will notify the Court immediately upon any future violations with an appropriate recommendation.

<u>Note</u>: The defendant is currently being supervised by the Northern District of Ohio. The defendant's Probation Officer is USPO Colin Boone.

The term of supervision should be:

[X] No action at this time



Respectfully submitted,

By: Richard White
U. S. Probation Officer
Date: February 27, 2023

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[X] Concur with U. S. Probation Officer's Recommendation

Signature of Judicial Officer

2/28/2023
Date



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**U.S. Pretrial Services and Probation Office**

**Robin K. Grimes**
Chief Pretrial Services &
Probation Officer

Reply to: Cleveland

Headquarters Office:
801 West Superior Avenue, Suite 3-100
Cleveland, Ohio 44113-1850
FAX 216.357.7350

Akron
Two South Main Street, Room B3-55
Akron, OH 44308
FAX 330.252.6240

Toledo
1946 North 13th Street, Room 292
Toledo, OH 43604
FAX 419.213.5799

Youngstown
125 Market Street, Suite 210
Youngstown, OH 44503
FAX 330.884.7485

February 24, 2023

United States Probation Office
Federal Building
217 West King Street, Suite 310
Martinsburg, WV 25401

**RE: DALTON, Jalen Deshone AKA: J, NBA J**
**Case Number: 5:20CR16-10**

To Whom It May Concern:

Mr. Dalton was sentenced in the Northern District of West Virginia on March 17, 2021, by the Honorable Judge John Preston Bailey. Following his 33-month prison term, he was released to a six-year term of supervised release which commenced in the Northern District of Ohio on December 08, 2023. The purpose of this letter is to advise the Court of Mr. Dalton's recent non-complaint behavior and ask the Court to initiate the transfer of jurisdiction to the Northern District of Ohio.

On December 21, 2022, and February 07, 2023, Mr. Dalton submitted urinalysis that were both positive for the presence of marijauna. Mr. Dalton would admit to using marijauna prior to both tests. This probation officer and Mr. Dalton discussed the associated negative consequences of continued marijauna use. He has committed himself to being sober moving forward.

This probation officer has connected Mr. Dalton with formalized substance abuse services in order to address any outstanding underlying issues. The assessment was completed on February 23, 2023, at one of our contracted agencies. The results of the assessment have not yet been provided to this probation officer.

It is respectfully recommended that no Court action be taken at this time. Mr. Dalton has committed himself to sobriety and has taken the appropriate steps to address any underlying substance abuse issues with his treatment provider.

Furthermore, it is this department's recommendation that the Northern District of West Virginia initiate the transfer of judication process in order to address future non-compliance issues in a timely manner. If you have any questions concerning the above information, please contact the undersigned officer at 216-334-5140 or via email at colin_boone@ohnp.uscourts.gov.

Sincerely,

*Colin P. Boone*

Colin P. Boone
U.S. Probation Officer